■ In the Matter of ADDIE OVERTON et al., Constituting the Board of Inspectors of Election of the Incorporated Village of Lake Grove, et al., Appellants, v. CLERK, SPECIAL TERM, SUPREME COURT, COUNTY OF SUFFOLK, et al., Respondents. (Proceeding No. 1.) In the Matter of MARJORIE P. DOYLE,

(Proceeding No. 2.)

No opinion. Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.